No. 99M87. ZIMBOVSKY *v.* MASSACHUSETTS. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M88. TILLIS TRUCKING CO., INC. *v.* MOSES ET AL.; and
No. 99M89. HUERTAS BARBOSA ET AL. *v.* ALEJANDRO BUITRAGO HOSPITAL ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99–1295. GITLITZ ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. [Certiorari granted, *ante,* p. 1097.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–8264. DELESPINE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1063] denied.

No. 99–9052. SAMUEL *v.* NATHAN'S FAMOUS OPERATING CORP. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 12, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–9267. IN RE CAVANAUGH. Petition for writ of habeas corpus denied.

No. 99–9294. IN RE GALLOWAY. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.